IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD F. GREENSPAN, in his capacity as
Court-Appointed Receiver for the Receivership
Entity,

                        Plaintiff(s),

                    v.

AARON KINGSTROM, et al.,

                        Defendant(s).

Civil No. 03:21-cv-00954-JR

**ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS (ONLY)**

IT IS ORDERED that Plaintiff's Unopposed Motion to Dismiss All Claims Against Certain Defendants [86] is GRANTED.  This action is DISMISSED as to the following defendants (only): Barbara Alexander, as Trustee of the Barbara Alexander Rev Trust UA Sep 15, 2014; Karen Arledge; James Barr; Boa Sorte Limited Partnership; Ramey Stiles, as Trustee for the Earl Ramey Stiles Sr. Living Trust u/a 10/30/2007; Paul Frankel; Rose Frankel; Timothy Gibson; Timothy Gibson, as Trustee of the Timothy E. Gibson Living Trust dtd 1/9/2013; James Harvey, as Trustee of the Miriam P. Harvey Marital Trust of the Harvey Family Trust dtd 5/26/1988; Sean Hayes;

Joanne Hayes; Michael Heazel;  Burton Hotchkiss, as Trustee of the Hotchkiss Family Trust dtd 7/2/1969; Kerrigan Stiles, as Trustee for the Kerrigan Stiles Living Trust u/a 12/5/2007; John Kessler; Aaron Kingstrom; Heidi Kingstrom; Paul Yuan Chiang Lee; Kasey K. Li; Frank Lin, as Trustee of the Lin Family 1987 Trust u/a 8/13/1987; Grace Lin, as Trustee of the Lin Family 1987 Trust u/a 8/13/1987; Nancy Muir, as Trustee of the Nancy T. Muir Property Trust u/a 9/28/1999; Samuel J. Petrillo; Barbara Ricketts; Lois Hunter; Ceril Shagrin, as Trustee of the Ceril T. Shagrin Trust u/a 11/17/2000; Donnalynne Studley, as Trustee of the Bruce C. Studley Revocable Trust n/k/a Bruce C. Studley Exempt Family Trust UTA 1/5/15; and Julianne T. Modungo, as Trustee of the Bruce C. Studley Revocable Trust n/k/a Bruce C. Studley Exempt Family Trust UTA 1/5/15. Pending motions as to these defendants, if any, are DENIED AS MOOT.

Dated this 22nd day of February, 2022.

by    /s/ Jolie A. Russo
      Jolie A. Russo
      United States Magistrate Judge