IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RONALD F. GREENSPAN, in his capacity as Court-Appointed Receiver for the Receivership Entity,<br><br>                   Plaintiff(s),<br><br>    v.<br><br>AARON KINGSTROM, et al.,<br><br>                   Defendant(s). | Civil No. 03:21-cv-00954-JR<br><br>**ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS (ONLY)** |

IT IS ORDERED that Plaintiff's Unopposed Motion to Dismiss All Claims Against Certain Defendants [89] is GRANTED. This action is DISMISSED as to the following defendants (only): Behaviours In, LLC, fka CDL Ventures, LLC; Cliff G. Bradley; R. Scott Fearon; Scott G. & Joan M. Joe, as Trustees of the Scott G. and Joan M. Joe Trust; Shianky Lee; Jacob Ouh; Dave Parten; Parten Company, A Partnership; William Pyznar; Meg (Margaret S.) Cusack as Trustee of the William W. Slocum 2012 Family Trust dtd 4/27/2012; and Florence H. Sugarman. Pending

motions as to these defendants, if any, are DENIED AS MOOT.

    Dated this 27th day of April, 2022.

                                          by   /s/ Jolie A. Russo
                                                 Jolie A. Russo
                                                 United States Magistrate Judge