IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD F. GREENSPAN, in his capacity as
Court-Appointed Receiver for the Receivership
Entity,

                Plaintiff(s),

      v.

AARON KINGSTROM, et al.,

                Defendant(s).

Civil No. 03:21-cv-00954-JR

**ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS (ONLY)**

IT IS ORDERED that Plaintiff's unopposed Motion to Dismiss All Claims Against Certain Defendants [91] is GRANTED. This action is DISMISSED as to the following defendants (only): Bernice Stern, as Trustee of the Bernice Stern Revocable Trust u/a 3/31/2004, Gisela E. Boxer, Joanne Diglio and Colin Tam. Pending motions as to these defendants, if any, are DENIED AS MOOT.

Dated this 26th day of May, 2022.

by     /s/ Jolie A. Russo
      Jolie A. Russo
      United States Magistrate Judge