IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD F. GREENSPAN, in his capacity as Court-Appointed Receiver for the Receivership Entity,

                Plaintiff(s),

v.

AARON KINGSTROM, et al.,

                Defendant(s).

Civil No. 03:21-cv-00954-JR

**ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS (ONLY)**

IT IS ORDERED that Plaintiff's unopposed Motion to Dismiss All Claims Against Certain Defendants [109] is GRANTED. This action is DISMISSED as to the following defendants (only): Enbar, Inc., a New York corporation, M3 Media Group, Inc., a Pennsylvania corporation, and Patrick Caponegro, an individual. Pending motions as to these defendants, if any, are DENIED AS MOOT.

Dated this 31st day of January, 2023.

by    /s/ Jolie A. Russo
       Jolie A. Russo
       United States Magistrate Judge