IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD F. GREENSPAN, in his capacity as
Court-Appointed Receiver for the Receivership
Entity,

                Plaintiff(s),

       v.

AARON KINGSTROM, et al.,

                Defendant(s).

Civil No. 03:21-cv-00954-JR

**ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS (ONLY)**

IT IS ORDERED that Plaintiff's Motion to Dismiss All Claims Against Certain Defendants [112] is GRANTED. This action is DISMISSED as to the following defendants (only): Anchor Capital management Group, Inc., a California corporation, and Northern Lights Fund Trust, a Delaware statutory trust. Pending motions as to these defendants, if any, are DENIED AS MOOT.

Dated this 2nd day of May, 2023.

                                                        by    /s/ Jolie A. Russo
                                                                Jolie A. Russo
                                                                 United States Magistrate Judge