IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD F. GREENSPAN,

                Plaintiff(s),

v.

BLUESTONE CAPITAL MANAGEMENT, INC., et al.,

                Defendant(s).

Civil No. 3:21-cv-00954-JR

**ORDER OF DISMISSAL**

    IT IS ORDERED that Plaintiff's Motion to Voluntarily Dismiss All Claims Against Certain Defendants [131] pursuant to Fed. R. Civ. P. 41(a)(2) is GRANTED and this action as to remaining Defendants Bluestone Capital Management, Inc., a Pennsylvania corporation; Aalii Fund, LP, a Pennsylvania limited partnership; Sue T. Noack Family Partnership, L.P., a California limited partnership; and John Does 1-100 is DISMISSED. Pending motions as to these defendants, if any, are DENIED AS MOOT.

    Dated this 31st day of January, 2024.

                                                   by    /s/ Jolie A. Russo
                                                           Jolie A. Russo
                                                           United States Magistrate Judge